## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Marvin Smith,**

       **Petitioner,**

**v.**                                 **CIVIL ACTION NO. 5:07cv81**
                                                   **(Judge Stamp)**

**Warden, Huttonsville Correctional Center,**

       **Respondent.**

## ORDER
## GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

On June 20, 2007, the petitioner, Marvin Smith, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On June 26, 2007, in Response to a Notice of Deficient Pleading, the petitioner filed an application for leave to proceed *in forma pauperis* and a copy of his prisoner trust account report which reveals that as of June 22, 2007, he had an account balance of negative $2.01.

Accordingly, it is **ORDERED** that the petitioner's application to proceed *in forma pauperis* (Doc. 5) is **GRANTED.**

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: July 5, 2007

                                              /s/ James E. Seibert
                                         **JAMES E. SEIBERT**
                                         **UNITED STATES MAGISTRATE JUDGE**